858 F.2d 746
 U.S., Crum (Samson, Sr.), Moss (Edwin), Reese (Frederick
D.), Williams (Clarence)
v.
Dallas County Commission, Dallas County, Alabama, Dallas
County Board of Education, Grimes (John J., Jr.), Martin
(William R.), Bradford (Harold Joe), Bozeman (Dr.
Catherine), Ralston (Elton R.), Goodwin (Earl), Grimes (John J.)
 NO. 87-7766
 United States Court of Appeals,
Eleventh Circuit.
 SEP 09, 1988
 S.D.Ala., 850 F.2d 1433
 
 1
 DENIALS OF REHEARING EN BANC.